UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yannice Y. Nunez,                                    Civ. No. 25-2061 (PAM/EMB)

                        Petitioner,

v.                                                                  **ORDER**

L.C. Davis, Acting Warden,

                        Respondent.

_____

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Elsa M. Bullard dated July 23, 2026. The R&R recommends that the Court deny as moot Petitioner Yannice Nunez's Petition for a Writ of Habeas Corpus because she has been released from custody, and therefore no live case or controversy remains. No party objected to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.    The R&R (Docket No. 17) is **ADOPTED**;

2.    The Petition (Docket No. 1) is **DENIED as moot**; and

3.    This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 12, 2026                          *s/ Paul A. Magnuson*

                                                                 Paul A. Magnuson
                                                                 United States District Court Judge

2